UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DORALIZA PERDOMO, individually and on
behalf of others similarly situated,

                Plaintiff,

                              JUDGMENT
                              19-cv-03546-ARR-SJB

   v.

FIRSTSOURCE ADVANTAGE, LLC,

                Defendant.
------------------------------------------------------------ X

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 28, 2019, granting defendant's motion to dismiss; it is

      ORDERED and ADJUDGED that defendant's motion to dismiss is granted.

Dated: Brooklyn, NY                                      Douglas C. Palmer
       August 29, 2019                             Clerk of Court

                                                      By: /s/*Jalitza Poveda*
                                                            Deputy Clerk